**Rearden NYSD Chambers**

| | |
|---|---|
| From: | Christina Pesce <pesce@aidalalaw.com> |
| Sent: | Thursday, February 13, 2025 2:38 PM |
| To: | Rearden NYSD Chambers |
| Cc: | Imran H. Ansari, Esq.; Michael DiBenedetto |
| Subject: | Velez v. Nayshtut; NYSD Case: 1:25-cv-01283-JHR |
| Attachments: | VELEZ VERIFICATION.pdf |

**CAUTION - EXTERNAL:**

Plaintiff may file a corrected complaint. The missing signed verification page may be added without redlining. Plaintiff need not submit another summons.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated: February 18, 2025

Judge Rearden,

Yesterday our office opened a new case which has been assigned to you. After we filed the Civil Case Cover Sheet, the Proposed Summons and Complaint we realized that the last page of the complaint, which is the signed verification, was inadvertently omitted when the document was scanned (see attached).

We would like to file a corrected document, e.g., the complaint which would include the last page, the verification.

Your rules and practices document requires us to file the corrected document with a 'redline showing of all differences between the original and the revised filing." (Rule 1.D)'
We can submit a redlined version of the verification however it will not have the plaintiff's notarized signature on it.

1. Can we refile the entire complaint as a corrected document, including the missing, signed verification page without the redlining?

2. The summons has already been issued. Once we correct the complaint filing, do we have to submit another summons to be issued? (There are no changes to the party names)

Christina L. Pesce
Legal Assistant
Aidala, Bertuna & Kamins, P.C.
546 Fifth Avenue, 6th Floor
New York, New York 10036

1

(212) 486-0011

Facsimile: (917) 261-4832

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## VERIFICATION

STATE OF NEW YORK    )
                    ) SS.:
COUNTY OF NEW YORK  )

    I, ANDREA VELEZ, being duly sworn, deposes and says: I have read the foregoing VERIFIED COMPLAINT and the same is true to my knowledge, except as to those matters therein alleged upon information and belief, and as to those matters, I believe it to be true.

                                                    ANDREA VELEZ

Sworn to before me this 11th
Day of February, 2025

_Kim Tirelli_
NOTARY PUBLIC

**KIM TIRELLI**
Notary Public - State of New York
No. 01TI0019313
Qualified in New York County
My Commission Expires January 02, 2028