**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ANDREA VELEZ,

      Plaintiff/Counterclaim Defendant,

      vs.

MICHAEL NAYSHTUT,

      Defendant/Counterclaim Plaintiff.

Case No. 1-25-CV-01283-JHR

---

## PLAINTIFF/COUNTERCLAIM DEFENDANT, ANDREA VELEZ'S, ANSWER TO DEFENDANT/COUNTERCLAIM PLAINTIFF, MICHAEL NAYSHTUT'S, COUNTERCLAIMS WITH AFFIRMATIVE DEFENSES

Plaintiff/Counterclaim Defendant, Andrea Velez ("Velez"), through her attorneys Aidala, Bertuna & Kamins P.C., hereby answers and asserts affirmative defenses to the Defendant/Counterclaim Plaintiff, Michael Nayshtut's ("Nayshtut"), Counterclaims as follows:

### I.   FACTS COMMON TO ALL COUNTERCLAIMS

90.    Velez denies the allegations stated in paragraph 90 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

91.    Velez admits the allegations stated in paragraph 91 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

92.    Velez denies the allegations stated in paragraph 92 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

93.    Velez denies the allegations stated in paragraph 93 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

94.    Velez denies in the form alleged the allegations stated in paragraph 94 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

95.    Velez denies in the form alleged the allegations stated in paragraph 95 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

96.    Velez denies the allegations stated in paragraph 96 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

### a.  NAYSHTUT'S BACKGROUND

97.    Velez lacks knowledge or information sufficient to admit or deny the allegations stated in paragraph 97 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

98.    Velez lacks knowledge or information sufficient to admit or deny the allegations stated in paragraph 98 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim

99.    Velez lacks knowledge or information sufficient to admit or deny the allegations stated in paragraph 99 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim

100.    Velez lacks knowledge or information sufficient to admit or deny the allegations stated in paragraph 100 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim

101.    Velez lacks knowledge or information sufficient to admit or deny the allegations stated in paragraph 101 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

### b.  VELEZ'S BACKGROUND

102.    Velez denies the allegations stated in paragraph 102 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

103.    Velez denies in the form alleged the allegations stated in paragraph 103 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

104.    The allegations contained in paragraph 104 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim reference documents that speak for themselves and thus do not require a response.

105.    The allegations contained in paragraph 105 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim reference documents that speak for themselves and thus do not require a response.

106.    The allegations contained in paragraph 106 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim reference documents that speak for themselves and thus do not require a response.

107.    Velez denies in the form alleged the allegations stated in paragraph 107 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

108.    Velez denies the allegations stated in paragraph 108 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

109.    Velez admits the allegations stated in paragraph 109 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

110.    Velez admits the allegations stated in paragraph 110 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

111.    Velez denies the allegations stated in paragraph 111 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

112.    Velez denies the allegations stated in paragraph 112 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

113.    Velez denies the allegations stated in paragraph 113 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

114.    The allegations contained in paragraph 114 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim reference documents that speak for themselves and thus do not require a response.

115.    Velez denies the allegations stated in paragraph 115 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

116.    Velez denies the allegations stated in paragraph 116 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

117.    Velez denies the allegations stated in paragraph 117 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

### c.  NAYSHTUT AND VELEZ ENTER INTO A JOINT BUSINESS VENTURE, VELEZ REQUESTS THAT NAYSHTUT PERFORM KETAMINE TREATMENT ON HER

118.    Velez admits the allegations stated in paragraph 118 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

119.    The allegations contained in paragraph 119 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim reference documents that speak for themselves and thus do not require a response.

120.    Velez admits the allegations stated in paragraph 120 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

121.    Velez admits the allegations stated in paragraph 121 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

122.    Velez denies the allegations stated in paragraph 122 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

123.    Velez denies the allegations stated in paragraph 123 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

124.    Velez denies the allegations stated in paragraph 124 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

125.    Velez denies the allegations stated in paragraph 125 of Defendant/Counterclaim

Plaintiff's Answer and Counterclaim.

126.    The allegations contained in paragraph 126 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim reference documents that speak for themselves and thus do not require a response.

127.    The allegations contained in paragraph 127 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim reference documents that speak for themselves and thus do not require a response.

128.    The allegations contained in paragraph 128 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim reference documents that speak for themselves and thus do not require a response.

129.    The allegations contained in paragraph 129 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim reference documents that speak for themselves and thus do not require a response.

130.    The allegations contained in paragraph 130 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim reference documents that speak for themselves and thus do not require a response.

131.    Velez denies the allegations stated in paragraph 131 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

132.    Velez denies the allegations stated in paragraph 132 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

133.    Velez denies the allegations stated in paragraph 133 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

134.    Velez admits the allegations stated in paragraph 134 of Defendant/Counterclaim

Plaintiff's Answer and Counterclaim.

135.    Velez admits the allegations stated in paragraph 135 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

136.    Velez denies the allegations stated in paragraph 136 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

### c. VELEZ ACCUSES NAYSHTUT OF SEXUAL ABUSE IN AN ATTEMPT TO EXTORT MONEY FROM NAYSHTUT

137.    Velez denies the allegations stated in paragraph 137 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

138.    Velez denies the allegations stated in paragraph 138 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

139.    Velez denies the allegations stated in paragraph 139 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

140.    The allegations contained in paragraph 140 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim reference documents that speak for themselves and thus do not require a response.

141.    Velez denies the allegations stated in paragraph 141 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

142.    Velez denies the allegations stated in paragraph 142 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

143.    Velez denies the allegations stated in paragraph 143 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim

144.    Velez denies the allegations stated in paragraph 144 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

145.    Velez admits the allegations stated in paragraph 145 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

146.    Velez admits the allegations stated in paragraph 146 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

147.    Velez denies the allegations stated in paragraph 147 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

148.    Velez denies the allegations stated in paragraph 148 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

149.    Velez denies the allegations stated in paragraph 149 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

150.    Velez denies the allegations stated in paragraph 150 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

151.    Velez denies the allegations stated in paragraph 151 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

152.    Velez denies the allegations stated in paragraph 152 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

153.    Velez denies the allegations stated in paragraph 153 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

154.    Velez denies the allegations stated in paragraph 154 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

155.    Velez denies the allegations stated in paragraph 155 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

156.    Velez denies the allegations stated in paragraph 156 of Defendant/Counterclaim

Plaintiff's Answer and Counterclaim.

157.    Velez denies the allegations stated in paragraph 157 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

158.    Velez denies the allegations stated in paragraph 158 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

159.    Velez denies the allegations stated in paragraph 159 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

160.    Velez denies the allegations stated in paragraph 160 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

161.    Velez denies the allegations stated in paragraph 161 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

162.    Velez denies the allegations stated in paragraph 162 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

## CAUSES OF ACTION

### A. FIRST CAUSE OF ACTION – DEFAMATION *PER SE*

163.    Velez denies the allegations stated in paragraph 163 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

164.    Velez denies the allegations stated in paragraph 164 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

165.    Velez denies the allegations stated in paragraph 165 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

166.    Velez denies the allegations stated in paragraph 166 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

167.    Velez denies the allegations stated in paragraph 167 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

168.    Velez denies the allegations stated in paragraph 168 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

169.    Velez denies the allegations stated in paragraph 169 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

170.    Velez denies the allegations stated in paragraph 170 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

171.    Velez denies the allegations stated in paragraph 171 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

172.    Velez denies the allegations stated in paragraph 172 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

173.    Velez denies the allegations stated in paragraph 173 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

174.    Velez denies the allegations stated in paragraph 174 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim. Velez denies the allegations stated in paragraph 162 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

175.    Velez denies the allegations stated in paragraph 175 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

176.    Velez denies the allegations stated in paragraph 176 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

177.    Velez denies the allegations stated in paragraph 177 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

178.    Velez denies the allegations stated in paragraph 178 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

179.    Velez denies the allegations stated in paragraph 179 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

180.    Velez denies the allegations stated in paragraph 180 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

181.    Velez denies the allegations stated in paragraph 181 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

## B.  SECOND CAUSE OF ACTION – DEFAMATION *PER QUOD*

182.    Velez denies the allegations stated in paragraph 182 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

183.    Velez denies the allegations stated in paragraph 183 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

184.    Velez denies the allegations stated in paragraph 184 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

185.    Velez denies the allegations stated in paragraph 185 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

186.    Velez denies the allegations stated in paragraph 186 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

187.    Velez denies the allegations stated in paragraph 187 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

188.    Velez denies the allegations stated in paragraph 188 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

189.    Velez denies the allegations stated in paragraph 189 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

## C.  THIRD CAUSE OF ACTION –INFLICTION OF EMOTIONAL DISTRESS

190.    Velez denies the allegations stated in paragraph 190 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

191.    Velez denies the allegations stated in paragraph 191 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

192.    Velez denies the allegations stated in paragraph 192 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

193.    Velez denies the allegations stated in paragraph 193 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

194.    Velez denies the allegations stated in paragraph 194 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

195.    Velez denies the allegations stated in paragraph 195 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

196.    Velez denies the allegations stated in paragraph 196 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

197.    Velez denies the allegations stated in paragraph 197 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

198.    Velez denies the allegations stated in paragraph 198 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

## D.  FOURTH CAUSE OF ACTION – NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

199.    Velez denies the allegations stated in paragraph 199 of Defendant/Counterclaim

Plaintiff's Answer and Counterclaim.

200.    Velez denies the allegations stated in paragraph 200 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

201.    Velez denies the allegations stated in paragraph 201 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

202.    Velez denies the allegations stated in paragraph 202 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

203.    Velez denies the allegations stated in paragraph 203 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

204.    Velez denies the allegations stated in paragraph 204 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

205.    Velez denies the allegations stated in paragraph 205 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

206.    Velez denies the allegations stated in paragraph 206 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

207.    Velez denies the allegations stated in paragraph 207 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

### E.  FIFTH CAUSE OF ACTION – ECONOMIC DURESS

208.    Velez denies the allegations stated in paragraph 208 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

209.    Velez denies the allegations stated in paragraph 209 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

210.    Velez denies the allegations stated in paragraph 210 of Defendant/Counterclaim

Plaintiff's Answer and Counterclaim.

211.    Velez denies the allegations stated in paragraph 211 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

212.    Velez denies the allegations stated in paragraph 212 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

213.    Velez denies the allegations stated in paragraph 213 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

214.    Velez denies the allegations stated in paragraph 214 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

215.    Velez denies the allegations stated in paragraph 215 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

216.    Velez denies the allegations stated in paragraph 216 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

217.    Velez denies the allegations stated in paragraph 217 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

218.    Velez denies the allegations stated in paragraph 218 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

219.    Velez denies the allegations stated in paragraph 219 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

220.    Velez denies the allegations stated in paragraph 220 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

221.    Velez denies the allegations stated in paragraph 221 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

222.    Velez denies the allegations stated in paragraph 222 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

223.    Velez denies the allegations stated in paragraph 223 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

224.    Velez denies the allegations stated in paragraph 224 of Defendant/Counterclaim Plaintiff's Answer and Counterclaim.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Complaint fails to state facts sufficient to constitute any cause of action against Velez.

### SECOND AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

Defendant/Counterclaim Plaintiff has failed to mitigate or attempt to mitigate damages, if in fact any damages have or will be sustained and any recovery by Defendant/Counterclaim Plaintiff is barred by reason thereof.

### THIRD AFFIRMATIVE DEFENSE
### (Laches)

Defendant/Counterclaim Plaintiff is barred from any recovery against Velez under the doctrine of laches.

### FOURTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

Defendant/Counterclaim Plaintiff's Counterclaims, and each and every claim for relief therein, is barred by the applicable statutes of limitations.

### FIFTH AFFIRMATIVE DEFENSE
### (Estoppel)

Defendant/Counterclaim Plaintiff is estopped from any recovery against Velez, based upon

its actions at issue and in this case, and its actions and involvement with Defendant/Counterclaim Plaintiff.

**SIXTH AFFIRMATIVE DEFENSE**
**(Uncertainty)**

Defendant/Counterclaim Plaintiff's Counterclaims, and each and every claim for relief therein, fails as its allegations are uncertain.

**SEVENTH AFFIRMATIVE DEFENSE**
**(Comparative Fault)**

Defendant/Counterclaim Plaintiff's damages, if any, were caused in whole or in part by Defendant/Counterclaim Plaintiff's own fault or negligence and/or the fault or negligence of others. Any recovery by Defendant/Counterclaim Plaintiff against Velez should be reduced by the percentage of fault or negligence attributable to Defendant/Counterclaim Plaintiff and/or others.

**EIGHTH AFFIRMATIVE DEFENSE**
**(Spoliation of Evidence)**

Defendant/Counterclaim Plaintiff is barred from any recovery as a result of spoliation of the evidence.

**NINTH AFFIRMATIVE DEFENSE**
**(Equitable Indemnity)**

If any fault or negligence is found on the part of Velez, said fault or negligence should be compared with the fault and negligence of Defendant/Counterclaim Plaintiff, other parties, and/or other persons (named or unnamed), apportioned in line with equitable indemnity and equitable apportionment principles.

**TENTH AFFIRMATIVE DEFENSE**
**(Unclean Hands)**

Defendant/Counterclaim Plaintiff is barred from any recovery against Velez under the

doctrine of unclean hands.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Reservation)

Velez reserves the right to amend this Answer and add further affirmative defenses as necessary and as necessitated due to further investigation/discovery.

**WHEREFORE**, for the reasons set forth herein, Plaintiff/Counterclaim-Defendant Velez respectfully requests that this Court enter an Order: (a) dismissing Nayshtut's Counterclaims in its entirety against Velez, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b); and (b) granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
          May 15, 2025

                                               **AIDALA, BERTUNA & KAMINS P.C.**

                                    By:      /s/ Imran H. Ansari
                                               Imran H. Ansari, Esq.
                                               Michael DiBenedetto, Esq.
                                               546 5th Avenue, 6th Floor
                                               New York, New York, 10036
                                               (212) 486-0011
                                               iansari@aidalalaw.com
                                               mdibenedetto@aidalalaw.com
                                               *Attorneys for Plaintiff/Counterclaim Defendant*

## VERIFICATION

STATE OF NEW YORK     )
                             ) ss.:
COUNTY OF NEW YORK   )

      **ANDREA VELEZ**, being duly sworn, deposes and says:

      I am the plaintiff in the above-entitled action. I have read the foregoing Answer to Counterclaims and know the contents thereof. The same are true to my knowledge, except as to matters therein to be alleged upon information and belief and as to those matters, I believe them to be true.

                                                                      ————————————————
                                                           Andrea Velez

Sworn to before me this
15th day of May, 2025

————————————————
Notary Public

**KIM TIRELLI**
Notary Public - State of New York
No. 01TI0019313
Qualified in New York County
My Commission Expires January 02, 2028