UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

ANDREA VELEZ,

                    Plaintiff,

                    Index No.: 1:25-cv-01283-JHR

    - against –

MICHAEL NAYSHTUT,

                    Defendant.

---------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Kristen E. Mohr of Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, 5th Floor, New York, New York 10001, as counsel of record for the defendant Michael Nayshtut, in the above-captioned action.

**Dated:** New York, New York
       August 11, 2025

                                          **Respectfully submitted,**

                                          /s/ *Kristen E. Mohr*
                                          **Kristen E. Mohr (5927199)**
                                          **NESENOFF & MILTENBERG, LLP**
                                          **363 Seventh Avenue, 5th Floor**
                                          **New York, New York 10001**
                                          **(908) 552-8883**
                                          **kmohr@nmllplaw.com**

                                          *Counsel for Defendant*