UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA VELEZ,

    Plaintiff/Counter Defendant,

-v.-

MICHAEL NAYSHTUT,

    Defendant/Counter Plaintiff.

25 Civ. 1283 (JHR)

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

JENNIFER H. REARDEN, District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

- ☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- ☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
  Particular Motion: _____
  All such motions: _____
- ☐ General Pretrial & Dispositive Motions (all purposes except trial)
- ☐ Specific Non-Dispositive Motion/Dispute: _____
- ☐ Settlement
- ☐ Habeas Corpus
- ☐ Social Security
- ☐ Inquest After Default/Damages Hearing
- ☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- ☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose: _____

SO ORDERED.

Dated: August 15, 2025
      New York, New York

_____
JENNIFER H. REARDEN
United States District Judge