UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANDREA VELEZ,                                                   :

                     Plaintiff,                           :     **NOTICE OF APPEARANCE**

      -against-                                              :     **25-CV-01283-JHR**

                                                       :

MICHAEL NAYSHTUT,

                                            :

                    Defendant.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq., Law Offices of Jeffrey

Lichtman, 441 Lexington Avenue, Suite 504, New York, New York 10017, appears on behalf of

defendant MICHAEL NAYSHTUT in the above-captioned case.

Dated:       New York, New York
              September 17, 2025

                                                   _____
                                                     **JEFFREY LICHTMAN, ESQ.**
                                                       LAW OFFICES OF JEFFREY LICHTMAN
                                                      441 LEXINGTON AVE, SUITE 504
                                                       NEW YORK, NEW YORK 10017
                                                       Ph: (212) 581-1001
                                                       Fx: (212) 581-4999
                                                       jhl@jeffreylichtman.com