LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ*+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TELEPHONE: (718) 238-9898
FACSIMILE: (718) 921-3292
_____

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON
HON. MICHAEL C. FARKAS (RET.)
_____

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

April 30, 2026

**Via ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **Letter Motion for Extension of Time**
         ***Velez v. Nayshtut***
         **1:25-cv-01283(JHR)(JW)**

Dear Magistrate Judge Willis:

We write on behalf of Plaintiff, Andrea Velez, to respectfully request an extension of the fact discovery deadline. Counsel for Defendant, Michael Nayshtut, consents to this request.

Pursuant to the Court's Scheduling Order, fact discovery is presently set to close on October 26, 2026, with party depositions to be completed by May 13, 2026. The Parties are currently engaged in scheduling and conducting depositions, which represent a substantial component of fact discovery in this matter. In addition to party depositions, there are several non-party witnesses whose testimony is relevant to the claims and defenses at issue. Coordinating and completing these depositions requires additional time beyond the current discovery deadline. To date, the Parties have conducted paper discovery and are in the process of scheduling party and non-party depositions. The Parties may also require limited, targeted post-deposition discovery arising from those depositions.

In addition to the significant number of depositions given the nature of the case, this case is characterized by voluminous document discovery. Under these circumstances, and with the consent of Defendant's counsel, Plaintiff respectfully requests that the Court extend the fact discovery deadline, including party depositions, from October 26, 2026, to February 26, 2027. This extension will allow the Parties sufficient time to complete party and non-party depositions and any narrowly tailored follow-up discovery in an orderly and efficient manner.

*Velez v. Nayshtut,* **1:25-cv-01283(JHR)(JW)**
Re: Letter Motion for Extension of Time
April 30, 2026
Page 2

We thank the Court for its consideration.

Respectfully submitted.

**AIDALA, BERTUNA & KAMINS P.C.**

By: *Imran H. Ansari*

Imran H. Ansari, Esq.
Michael DiBenedetto, Esq.
*Attorneys for Plaintiff*
546 5th Avenue, 6th Floor
New York, New York 10036
(212) 486-0011

2